RECEIVED
IN ALEXANDRIA, LA.

APR - 7 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PERRY L. TAYLOR<br>    FED. REG. # 30549-034<br>VS. | CIVIL ACTION NO. 09-0925<br><br>SECTION P<br><br>JUDGE TRIMBLE |
| WARDEN JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED WITH PREJUDICE because petitioner failed to exhaust available administrative remedies prior to filing suit and he has not shown that he is in custody in violation of the Constitution or laws of the United States.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 7th day of April, 2010.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE